**Demetrius L. BOYCE, Appellant,**

v.

**STATE of Missouri, Respondent.**

### WD 80138

Missouri Court of Appeals, Western District.

ORDER FILED: November 21, 2017

Natalie Hull Hoge, Assistant Appellate Defender, Kansas City, MO, Attorney for Appellant.

Joshua D. Hawley, Attorney General, and Dora A. Fichter, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Division One:. Cynthia L. Martin, Presiding Judge, and James Edward Welsh and Karen King Mitchell, Judges

## Order

Per Curiam:

Demetrius L. Boyce appeals, following an evidentiary hearing, the denial of his amended Rule 29.15 motion for post-conviction relief. Boyce argues that his trial counsel was ineffective in failing to seek suppression of the victim's pre-trial and in-court identifications of Boyce as the person who committed the crimes. Finding no error of law, we affirm. Rule 84.16(b).